THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRIANA DAWN CHEUNES,<br>Representing herself and children, father, mother, stepfather, aunt, ie Chase Cheunes-Zartman, Madeline Cheunes-Zartman, James F. Cheunes, Richard Mahon and Barbara Mahon and Representing the Population of the United States of America and its territories,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>And its military for its Mind Cap Preservation Program and all military and non military co-conspirators as decided by the court,<br><br>Defendants. | : CIVIL ACTION NO. 4:21-CV-1733<br>: (JUDGE MARIANI)<br>: (Magistrate Judge Arbuckle)<br>:<br>:<br>:<br>:<br>:<br>: FILED<br>: SCRANTON<br>:<br>: FEB 0 8 2022<br>:<br>: Per_____<br>: DEPUTY CLERK |

**ORDER**

AND NOW, THIS _____8th_____ DAY OF FEBRUARY 2022, upon consideration of Magistrate Judge William Arbuckle's Report and Recommendation ("R&R") (Doc. 73) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT**:

1. The R&R (Doc. 73) is **ADOPTED** for the reasons set forth therein;

2. Plaintiff's Complaint (Doc. 1) is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B);

3. Leave to amend is **DENIED as FUTILE**;

4. All pending motions (Docs. 7, 8, 9, 10, 11, 13, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 48, 49, 50, 51, 52, 53, 54, 55) are **DENIED as MOOT**;

5. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge